# UNITED STATES DISTRICT COURT

___Eastern___ District of ___California___

Rodney Nielson

Plaintiff (s),

V.

ABC Cooling & Heating Services, LLC

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:25-cv-00241-KES-SKO

Notice is hereby given that, subject to approval by the court, __ABC Cooling & Heating Services, LLC__ substitutes
(Party (s) Name)

__Brian Andrew Paino__, State Bar No. __251243__ as counsel of record in
(Name of New Attorney)

place of __Mark D. Lonergan, Rebecca Snavely Saelao and Stephen D. Britt__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Hinshaw & Culbertson, LLP |
| Address: | 350 S. Grand Avenue, Suite 3600, Los Angeles, California 90071 |
| Telephone: | (213) 680-2800    Facsimile (213) 614-7399 |
| E-Mail (Optional): | bpaino@hinshawlaw.com |

I consent to the above substitution.

Date: 6/9/2025

ABC Cooling & Heating Services LLC
(Signature of Party (s))

I consent to being substituted.

Date: 6/9/2025

/s/ Mark D. Lonergan
/s/ Rebecca Snavely Saelao    /s/ Stephen D. Britt
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/9/2025

/s/ Brian Andrew Paino
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/17/25

Sheila K. Oberto
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

## PROOF OF SERVICE

*Rodney Nielson, individually and on behalf of all others similarly situated*
*v.*
*ABC Cooling & Heating Services, LLC*
USDC, Eastern District of California Case No.: 1:25-cv-00241-KES-SKO

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476. Email: crico@hinshawlaw.com

On **June 17, 2025**, I served the document(s) entitled: **DEFENDANT ABC COOLING & HEATING SERVICES, LLC'S CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

☐ **(BY HAND DELIVERY)**: I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **June 17, 2025**, at Anaheim, California.

_____
Carolina Rico

**SERVICE LIST**

*Rodney Nielson, individually and on behalf of all others similarly situated*
*v.*
*ABC Cooling & Heating Services, LLC*
**USDC Eastern District of California Case No.: 1:25-cv-00241-KES-SKO**

| | |
|---|---|
| Rachel Elizabeth Kaufman, Esq.<br>KAUFMAN P.A.<br>237 S. Dixie Hwy, 4th Floor<br>Coral Gables, FL 33133<br>Tel.: (305) 469-5881<br>Email: rachel@kaufmanpa.com | Attorneys for *Plaintiff* **RODNEY NIELSON, individually and on behalf of all others similarly situated** |
| Mark D. Lonergan, Esq.<br>Rebecca Snavely Saelao, Esq.<br>SEVERSON & WERSON<br>595 Market St., Suite 2600<br>San Francisco, CA 94105<br>Tel.: (415) 398-3344<br>Fax: (415) 956-0439<br>Email: mdl@severson.com<br>        rss@severson.com | Attorneys for *Defendant* **ABC COOLING & HEATING SERVICES, LLC** |
| Stephen D. Britt, Esq.<br>SEVERSON & WERSON<br>19100 Von Karman Ave., Suite 700<br>Irvine, CA 92612<br>Tel.: (949) 442-7110<br>Email: sxb@severson.com | Attorneys for *Defendant* **ABC COOLING & HEATING SERVICES, LLC** |