Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Ste. 3600
Los Angeles, CA 90071-3476
Telephone:     (213) 680-2800
Facsimile:     (213) 617-7399

Attorneys for *Defendant* ABC COOLING & HEATING SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| RODNEY NIELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC COOLING & HEATING SERVICES, LLC, a California company,<br><br>Defendant. | Case No. 1:25-cv-00241-KES-SKO<br><br>**ORDER APPROVING STIPULATION TO STAY PROCEEDING PENDING COMPLETION OF MEDIATION**<br><br>(Doc. 17) |

The Court, having reviewed the "Stipulation to Stay Proceeding Pending Completion of Mediation" (the "Stipulation") filed by Defendant ABC Cooling & Heating Services, LLC ("Defendant") and Plaintiff Rodney Nielson ("Plaintiff," and together with Defendant, the "parties"), and good cause appearing HEREBY ORDERS as follows:

1.      This litigation is STAYED pending the conclusion of mediation.

2.      The dates set forth in the June 10, 2025 scheduling order, (*see* Doc. 14), are] VACATED.

3.      Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report including a proposed modified case schedule, at which point the case schedule shall be re-set if appropriate.

IT IS SO ORDERED.

Dated:    **January 16, 2026**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

**ORDER APPROVING STIPULATION TO STAY PROCEEDING PENDING MEDIATION**
07791\1087344\327627909