

United States District Court
Eastern District of California

| RODNEY NIELSON |
| --- |

Plaintiff(s)

V.

| ABC COOLING & HEATING SERVICES, LLC |
| --- |

Defendant(s)

Case Number: | 1:25-cv-00241-KES-SKO |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Avi R. Kaufman hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Newman

On _____09/22/2010_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Florida_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Newman v. AECIQ, No. 2:24-cv-01204-WBS-AC, 10/22/2025, granted

Date:_____04/14/2026_____    Signature of Applicant: /s/ ____Avi R. Kaufman____

**Pro Hac Vice Attorney**

Applicant's Name: Avi R. Kaufman

Law Firm Name: Kaufman P.A.

Address: 237 South Dixie Highway, 4th Floor

City: Coral Gables   State: FL   Zip: 33133

Phone Number w/Area Code: (305) 469-5881

City and State of Residence: Coral Gables, FL

Primary E-mail Address: Kaufman@kaufmanpa.com

Secondary E-mail Address: info@kaufmanpa.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rachel E. Kaufman

Law Firm Name: Kaufman P.A.

Address: 237 South Dixie Highway, 4th Floor

City: Coral Gables   State: FL   Zip: 33133

Phone Number w/Area Code: (305) 773-6641   Bar # 259353

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/16/2026

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT