

# United States District Court
# Eastern District of California

RODNEY NIELSON

Plaintiff(s)

V.

ABC COOLING & HEATING SERVICES, LLC

Defendant(s)

Case Number: 1:25-cv-00241-KES-EGC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John P. Ryan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant ABC Cooling & Heating Services, LLC

On 11/09/2006 (date), I was admitted to practice and presently in good standing in the Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/15/2026           Signature of Applicant: /s/ John P. Ryan

**Pro Hac Vice Attorney**

Applicant's Name: John P. Ryan

Law Firm Name: Hinshaw & Culbertson LLP

Address: 151 N. Franklin St., Suite 2500

City: Chicago    State: IL    Zip: 60606

Phone Number w/Area Code: (312) 704-3000

City and State of Residence:

Primary E-mail Address: jryan@hinshawlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian A. Paino

Law Firm Name: Hinshaw & Culbertson LLP

Address: 350 S. Grand Ave., Suite 3600

City: Los Angeles    State: CA    Zip: 90071

Phone Number w/Area Code: (213) 680-2800    Bar # 251243

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 18, 2026

_____
JUDGE, U.S. DISTRICT COURT