

# United States District Court
# Eastern District of California

RODNEY NIELSON

Plaintiff(s)

V.

ABC COOLING & HEATING SERVICES, LLC

Defendant(s)

Case Number: 1:25-cv-00241-KES-EGC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Joseph D. Kern                                hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant ABC Cooling & Heating Services, LLC

On ____11/10/2011____ (date), I was admitted to practice and presently in good standing in the

_____Illinois_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:____05/15/2026____    Signature of Applicant: /s/ __Joseph D. Kern_____

**Pro Hac Vice Attorney**

Applicant's Name: Joseph D. Kern

Law Firm Name: Hinshaw & Culbertson LLP

Address: 151 N. Franklin Street, Suite 2500

City: Chicago    State: IL    Zip: 60606

Phone Number w/Area Code: (312) 704-3000

City and State of Residence:

Primary E-mail Address: jkern@hinshawlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian A. Paino

Law Firm Name: Hinshaw & Culbertson LLP

Address: 350 S. Grand Ave., Suite 3600

City: Los Angeles    State: CA    Zip: 90071

Phone Number w/Area Code: (213) 680-2800    Bar # 251243

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Type text here

Dated: May18; 2026

_____
JUDGE, U.S. DISTRICT COURT